*Attachment A - Bivens Complaint form*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA



Lewis Moore III

Reg.# 55967-056

*(Enter above the full name of the plaintiff
or plaintiffs in this action)*

*(Inmate Reg. # of each Plaintiff)*

v.

CIVIL ACTION NO. 1:20-cv-00575
*(Number to be assigned by Court)*

B. Rife; Food Service Supervisor, W. Hacker;
Head of Safety, United States of America;
FCI McDowell.

*(Enter above the full name of the defendant
or defendants in this action)*

Defendant(s).

**COMPLAINT**

I.  **Parties**

A.  Name of Plaintiff:    Lewis Moore III

Inmate No.:    Register #55967-056

Address:    Petersburg Medium Federal Correctional Institution,
P.O. Box 1000, Petersburg Va. 23804

R&D supervisor

Note: Officer Runkle at this prison took my first complaint confiscated it and had me
sign it first any and all other Bivens complaint forms, of this nature if not on
this form is rescinded, I have no Idea what he did with my signature, I am
rescinding the signature on the complaint form he took.

B.     Additional Plaintiff(s) (provide the same information for each plaintiff as listed in Item A above).

Name of Plaintiff:     _____

Inmate No.:     _____

Address:     _____

     _____

Name of Plaintiff:     _____

Inmate No.:     _____

Address:     _____

     _____

C.     Name of Defendant:  B. Rife

Position:  Food Service Supervisor

Place of Employment:  McDowell Federal Correctional Institution

     _____

D.     Additional Defendant(s) (provide the same information for each defendant as listed in Item C above):

Name of Defendant:  W. Hacker

Position:  Head of Safety

Place of Employment:  McDowell Federal Correctional Institution

Name of Defendant:  United States of America

Position:  "Private Actor" supervisor

Place of Employment:  United States Department of Justice.

     _____

2

**II.    Place of Present Confinement**

Name of Prison/Institution: _Petersburg Federal Correctional Institution_

A.    Is this where the events concerning your complaint took place?

Yes _____    No __✔__

If you answered "no," where did the events occur? _FCI McDowell_

_____

B.    Is there a prisoner grievance procedure in this institution?

Yes __✔__    No _____

C.    Did you present the facts relating to your complaint in the prisoner grievance procedure?    Yes __✔__    No _____

If you answered "no," explain why not: _____

_____

If you answered "yes," what was the result at level one, level two and level three (attach grievances and responses): _Administrative process was hindered_

_by prison lockdown, transfer, modified movement and Covid 19 precautionary measures_

**III.    Previous Lawsuits**

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonments?

Yes __✔__    No _____

B.    If your answer to A is "yes," describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1.    Parties to the previous lawsuit:

Plaintiff(s): _Same_

Defendant(s): _Same_

3

2.    Court (if federal court, name the district; if state court, name the county);

_Southern District of West Virginia_

3.    Docket Number: _C/A No. 1:20-cv-00575_

4.    Name of judge to whom case was assigned: _Senior Judge David A. Faber_

5.    Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) -
_Dismissed without prejudice and Reopened_

6.    Approximate date of filing lawsuit: _8/31/2020_

7.    Approximate date of disposition: _3/18/2022_

## IV.    Statement of Claim

State here, as briefly as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets of paper if necessary.)

B. Rife purposely and neglectfully locked me in a Freezer for more than 1½ hours in near freezing temperatures. The act was committed as a cruel joke and was captured on film. I was forced to ram my shoulder into the door to bust it open and injured my neck and shoulder in the process of locking the door down. The Head of Safety, W. Hacker failed to keep the emergency latch operable. I am requesting a jury trial. Due to a month long lockdown, my transfer, modified movement procedures and Covid 19 restrictions I was hindered from exhausting remedies. I was retaliated against by racial slurs and accused of being a snitch which caused retaliation by gang members against me. This caused an investigation which ultimately I was transferred.

4

## V. Relief

State briefly and exactly what you want the Court to do for you. Make no legal arguments.
Cite no cases or statutes.

I am seeking declaratory relief as to my exhaustion of remedy attempts, the retaliation claims and I am seeking to add the United States as defendant and/or in the alternative FCI McDowell as a defendant under the FTCA. Injuctive relief against officer Rundle from trying to sabotage my attempt to file the Complaint by taking it. I want to incorporate all filing under 1:20-CV-00575 into one action.

Signed this 21st day of June, 20 22 .

_Lewis Mercer III_

_____

Signature of Plaintiff or Plaintiffs

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on 6-21-22 .

(Date)

_Lewis Mercer III_
Signature of Plaintiff

6-21-22

Dear Mr Perry,
    I'm writing this to inform you that an officer confiscated one copy of my Bivens Claim and refused to give it back despite me going to the Lieutenants about the situation. His reason was that another inmate was in possession of it and that is unacceptable to me. He was authorized by me to have it. Luckily I had an extra copy that I thank you for adding. This is just to explain what is written on the bottom of the first page.

Respectfully,
Lewis Morn III

Lewis Moore III 55967-056
Federal Correctional Complex Petersburg
P.O. Box 1000
Petersburg, Va 23804



RICHMOND VA 230
23 JUN 2022 PM 2 L

FOREVER / USA   FOREVER / USA

Clerk of Court
Rory L. Perry II
Elizabeth Kee Federal Bldg
601 Federal St. Rm 1000
Bluefield, W-V. 24701

Legal
Mail

24701-900044

RECEIVED
JUN 22 2022

procedures for forwarding to you
ed, if the writer raises a question or problem
you wish to much e relate for further
information or clarific         other correspond us or forwarding to
another addressee please return the enclosure to the above address